UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF§ WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID STEVEN ROSS,<br><br>Defendant. | Case No. CR14-7RSL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION UNDER 28 U.S.C. § 2255 |

This matter comes before the Court on defendant's motion for extension of time to file a motion under 28 U.S.C. § 2255. Dkt. # 102. Defendant alleges that all of his trial transcripts and other legal papers were destroyed when defendant was moved to the Special Housing Unit, and that given the time it will take for new copies of the papers to arrive, defendant will not have adequate time to prepare his motion before the expiration of the statutory one-year deadline. The motion is unopposed and therefore GRANTED. Defendant shall file his motion within 120 days of the entry of this order.

DATED this 8th day of February, 2017.

MWT S Lasnik
Robert S. Lasnik
United States District Judge

ORDER - 1